KAMER ZUCKER ABBOTT
Scott M. Abbott            #4500
Jen J. Sarafina            #9679
Kaitlin H. Ziegler         #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:  (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
jsarafina@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELI P. MAY, SHARON SOUSA, and THOMAS BODOVINAC, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and "JOHN DOES CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendants. | Case No. 2:15-cv-02142-RFB-CWH<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE FOR DEFENDANT WYNN LAS VEGAS, LLC'S RESPONSE TO PLAINTIFFS' MOTION FOR CIRCULATION OF THE NOTICE OF THE PENDENCY OF THIS ACTION PURSUANT TO 29 U.S.C. §216(b) AND FOR OTHER RELIEF**<br><br>**(First Request)** |

The parties, by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Defendant Wynn Las Vegas, LLC's Response to Plaintiffs' Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. §216(b) and for Other Relief (hereinafter "Motion for Circulation") by an additional one (1) week, up to and including January 15, 2016. In support of this Stipulation and Request, the parties state as follows:

1.      Plaintiffs filed their Motion for Circulation on December 22, 2015. See Docket No. 9.

1    2.    Defendant Wynn Las Vegas, LLC's (hereinafter "Wynn") current deadline to
2 respond to Plaintiffs' Motion for Circulation is January 8, 2016.

3    3.    Inasmuch as counsel for Defendant Wynn Las Vegas, LLC (hereinafter "Wynn")
4 were traveling out of state for the holidays including the Christmas and New Years holidays,
5 Wynn's counsel requested and Plaintiffs' counsel agreed to provide Wynn an extension of time
6 to respond to Plaintiffs' Motion for Circulation up to and including January 15, 2016.

7    4.    For purposes of this extension only, if the Court grants Wynn the one-week
8 extension requested herein, the parties agree that potential opt-in Plaintiffs will not be
9 prejudiced, such that the time for their consent to join the litigation will be extended by the
10 length of time granted by the extension.

11    5.    This request for an extension of time is not sought for any improper purpose or
12 other reason of delay. Rather, it is sought only to provide Wynn with sufficient additional time
13 to prepare its Response to Plaintiffs' Motion for Circulation.

14    6.    This is the first request for an extension of time relating to this Motion.
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

1  WHEREFORE, the parties respectfully request that the Court extend the deadline for
2  Defendant to file its Response to Plaintiffs' Motion for Circulation of Notice of the Pendency of
3  this Action Pursuant to 29 U.S.C. §216(b) and for Other Relief, up to and including January 15,
4  2016.

5  Dated December 30, 2015                                Dated December 30, 2015

6  Respectfully submitted,                                 Respectfully submitted,

7  /s/ Dana Sniegocki                                      /s/ Jen J. Sarafina
   Christian Gabroy, Esq.                                  Scott M. Abbott, Esq.
8  GABROY LAW OFFICES                                      Jen J. Sarafina, Esq.
   170 S. Green Valley Parkway Suite 280                   Kaitlin H. Ziegler, Esq.
9  Henderson, Nevada 89012                                 KAMER ZUCKER ABBOTT
                                                           3000 West Charleston Boulevard, Suite 3
10 Tel (702) 259-7777                                      Las Vegas, Nevada 89102
   Fax (702) 259-7704                                      Tel: (702) 259-8640
11 Fax (702) 385-1827                                      Fax: (702) 259-8646
                                                           Attorneys for Defendant
12 Leon Greenberg, Esq.
   Dana Sniegocki, Esq.
13 LEON GREENBERG PROFESSIONAL
   CORPORATION
14 2965 South Jones Boulevard, Suite E3
15 Las Vegas, Nevada 89146

16 Attorneys for Plaintiffs

17

18                                                         IT IS SO ORDERED:

19

20                                                         _____
21                                                         RICHARD F. BOULWARE, II
                                                           United States District Judge
22
                                                           DATED this 6th day of January, 2016.
23

24

25

26

27

28