LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

CHRISTIAN GABROY, ESQ., SBN 8805
Gabroy Law Offices
170 S. Green Valley Parkway - Suite 280
Henderson Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELI P. MAY, SHARON SOUSA, and THOMAS BODOVINAC, Individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>        Defendants. | Case No.:2:15-cv-02142-RFB-CWH<br><br>**NOTICE OF FILING OF CONSENT TO JOINDER UNDER 29 U.S.C. § 216(b)** |

PLEASE TAKE NOTICE that annexed hereto is a Consent to Joinder pursuant to 29 U.S.C. § 216(b) which is to be filed with the Clerk of the Court as of the date

1

hereof on behalf of Ronald Jackson.

Submitted February 1, 2016

                         Submitted by the attorneys for the Plaintiffs
                         Leon Greenberg Professional Corporation

                                */s/ Leon Greenberg*
                         By: _____
                         Leon Greenberg, Esq.
                         Nevada Bar No.: 8094
                         2965 South Jones Boulevard - Suite E3
                         Las Vegas, Nevada 89146
                         (702) 383-6085

CONSENT TO JOINDER

I, _Ronald Jackson_, by signing below, hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b).

_Ronald Jackson_
Signature

_5353 W. Desert Inn Rd #1070_
Address

_Las Vegas, Nevada 89146_
City, State, Zip