LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

CHRISTIAN GABROY, ESQ., SBN 8805
Gabroy Law Offices
170 S. Green Valley Parkway- Suite 280
Henderson, Nevada  89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KELI P. MAY, SHARON SOUSA, and THOMAS BODOVINAC, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendant. | CASE NO.: 2:15-cv-02142-RFB-CWH<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>**(FIRST REQUEST)** |

Plaintiffs and Defendant, by and through their respective counsel, hereby submit the following Stipulation and Order to Stay Proceedings:

On February 25, 2016, Plaintiffs moved for an Enlargement of the Expert Designation Deadlines.  Dkt. 18.  On February 26, 2016, Defendant filed its Response.  Dkt. 19.  Plaintiffs thereafter filed their Reply on March 7, 2016.  Dkt. 21.  On March 11, 2016, Plaintiff's Motion was denied without prejudice for the parties "to file a stipulation or motion to stay the case pending the outcome of the Motion for Circulation of Notice of the Pendency of this Action Pursuant to 28 U.S.C. 216(b) (ECF No. 9) and Motion for Partial Judgment on the Pleadings (ECF No. 20)…." Dkt. 22.

In accord, Plaintiffs and Defendant hereby agree, stipulate, and Order that this Matter be stayed pending the outcome of the Motion for Circulation of Notice of the Pendency of this Action Pursuant to 28 U.S.C. 216(b) (ECF No. 9) and Motion for Partial Judgment on the Pleadings (ECF No. 20).  After rulings on such Motions, the parties shall within thirty (30) days file a joint stipulated discovery plan or if they are unable to reach agreement on such stipulated discovery plan, submit separate proposed discovery plans.

Dated this 17 Day of March 2016.

Respectfully submitted,                                        Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq. #8805
GABROY LAW OFFICES
170 S. Green Valley Parkway Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
Fax (702) 385-1827
Attorneys for Plaintiffs

/s/ *Scott Abbott*
Scott M. Abbott, Esq. #4500
Jen J. Sarafina, Esq. #9679
Kaitlin H. Ziegler, Esq. #13625
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Ste 3
Las Vegas, NV 89102
Tel: (702) 259-8640
Fax: (702) 259-8646
Attorneys for Defendant

**IT IS SO ORDERED.**

  March 21, 2016
_____                                _____
**DATE**                                                                      **U.S. MAGISTRATE JUDGE**