KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
Jen J. Sarafina          #9679
Kaitlin H. Ziegler       #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
jsarafina@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELI P. MAY, SHARON SOUSA, and THOMAS BODOVINAC, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and "JOHN DOES CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendants. | Case No. 2:15-cv-02142-RFB-CWH<br><br>**STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING THE PARTIES' MEDIATION EFFORTS**<br><br>**(Fourth Request)** |

The parties, by and through their respective counsel of record, stipulate and request that the Court stay all proceedings in this matter for ninety (90) days up to and including June 1, 2018, to allow the parties an opportunity to engage in mediation and determine whether an early resolution is possible. In support of this Stipulation and Request, the parties state as follows:

1. On January 18, 2018, counsel for Plaintiffs contacted counsel for Defendant Wynn Las Vegas, LLC ("Wynn") suggesting that the parties pursue mediation to minimize costs and conserve resources.

2. On February 1, 2018, Wynn responded to Plaintiffs' request and agreed to engage in mediation of Plaintiffs' claims. Since that time, the parties have had additional discussions regarding the mediation and the exchange of information to facilitate the mediation.

3. This is the fourth request to stay the proceedings. The first request to stay proceedings was filed on March 17, 2016 (Docket No. 24). At that point, two motions were pending with the Court: Plaintiffs' Motion for Circulation of Notice of the Pendency of this Action Pursuant to 28 U.S.C. 26(b) (ECF No. 9), and Wynn's Motion for Partial Summary Judgment (ECF No. 20). The Court granted the parties' first request to stay pending resolution of the motions on March 21, 2016 (ECF No. 26).

4. The second request to stay the proceedings was filed October 27, 2016 (ECF No. 61). At that point, Wynn filed its Motion to Certify Question of Law to the Nevada Supreme Court ("Motion to Certify"). (ECF No. 41). Extensions were granted by each party for the briefing of that Motion, and the parties recognized that the scope of discovery would be shaped and guided in part by the resolution of Wynn's Motion to Certify. Accordingly, the Court granted this second request to stay pending resolution of Wynn's Motion to Certify on October 31, 2016 (ECF No. 65).

5. The third request to stay the proceedings was filed on September 15, 2017 (ECF No. 105). On September 1, 2017, prior to the third request and stipulation, the Court entered a Minute Order denying as moot Wynn's Motion to Certify due to the then-pending decision by the Nevada Supreme Court on the issue raised by Wynn's Motion to Certify. Specifically, the Neville, Jr. v. District Court, No. 70696 case on the Nevada Supreme Court's docket indicated that this same issue was argued on July 17, 2017. Because the Court and the parties anticipated that the Nevada Supreme Court's decision in Neville would resolve the private right of action issue in this case, on October 31, 2017, the Court granted a stay pending resolution of the Neville case (ECF No. 106). The Neville case was decided by the Nevada Supreme Court on December 7, 2017.

6. This request to stay the proceedings is not sought for any improper purpose or other reason of delay. Rather, it is sought only conserve expenditures and resources of this litigation while the parties engage in mediation.

///

WHEREFORE, the parties respectfully request that the Court stay proceedings in this case for ninety (90) days up to and including June 1, 2018, to allow the parties to engage in mediation efforts.

DATED this 26th day of February, 2018.

Respectfully submitted,

/s/ Dana Sniegocki
Christian Gabroy, Esq.
GABROY LAW OFFICES
170 S. Green Valley Parkway Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
Fax (702) 385-1827

Leon Greenberg, Esq.
Dana Sniegocki, Esq.
LEON GREENBERG PROFESSIONAL CORPORATION
2965 South Jones Boulevard, Suite E3
Las Vegas, Nevada 89146

Attorneys for Plaintiffs

DATED this 26th day February, 2018.

Respectfully submitted,

/s/ Jen J. Sarafina
Scott M. Abbott, Esq.
Jen J. Sarafina, Esq.
Kaitlin H. Ziegler, Esq.
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
Wynn Las Vegas, LLC

**IT IS SO ORDERED.**

February 27, 2018
_____
**DATE**

_____
**UNITED STATES** MAGISTRATE JUDGE