LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

CHRISTIAN GABROY, ESQ., SBN 8805
Gabroy Law Offices
KAINE MESSER, ESQ., SBN 14240
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELI P. MAY, SHARON SOUSA, and THOMAS BODOVINAC, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendant. | CASE NO.: 2:15-cv-02142-RFB-CWH<br><br>**STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING THE PARTIES' MEDIATION EFFORTS**<br><br>**(Fifth Request)** |

**STIPULATION AND REQUEST TO STAY PROCEEDINGS
PENDING THE PARTIES' MEDIATION EFFORTS**

The parties, by and through their respective counsel of record, stipulate and request that the Court stay all proceedings in this matter for ninety (90) days up to and including October 12, 2018, to allow the parties an opportunity to further engage in settlement discussions.

1

1.      This is the fifth request to stay the proceedings. The first request to stay proceedings was filed on March 17, 2016 (Docket No. 24). At that point, two motions were pending with the Court: Plaintiffs' Motion for Circulation of Notice of the Pendency of this Action Pursuant to 28 U.S.C. 26(b) (ECF No. 9), and Defendant's Motion for Partial Summary Judgment (ECF No. 20). The Court granted the parties' first request to stay pending resolution of the motions on March 21, 2016 (ECF No. 26).

2.      The second request to stay the proceedings was filed October 27, 2016 (ECF No. 61). At that time, Defendant filed its Motion to Certify Question of Law to the Nevada Supreme Court ("Motion to Certify"). (ECF No. 41). Extensions were granted by each party for the briefing of that Motion, and the parties recognized that the scope of discovery would be shaped and guided in part by the resolution of Defendant's Motion to Certify. Accordingly, the Court granted this second request to stay pending resolution of Defendant's Motion to Certify on October 31, 2016 (ECF No. 65).

3.      The third request to stay the proceedings was filed on September 15, 2017 (ECF No. 105). On September 1, 2017, prior to the third request and stipulation, the Court entered a Minute Order denying as moot Defendant's Motion to Certify due to the then-pending decision by the Nevada Supreme Court on the issue raised by Wynn's Motion to Certify. Specifically, the *Neville, Jr. v. District Court,* No. 70696 case on the Nevada Supreme Court's docket indicated that this same issue was argued on July 17, 2017. Because the Court and the parties anticipated that the Nevada Supreme Court's decision in *Neville* would resolve the private right of action issue in this case, on October 31, 2017, the Court granted a stay pending resolution of the *Neville* case (ECF No. 106). The *Neville* case was decided by the Nevada Supreme Court on December 7, 2017.

1      4.     The fourth request to stay the proceedings was filed on February 27, 2018 (ECF No. 108). The stay was sought to conserve expenditures and resources of this litigation while the parties engaged in mediation.

5.     On June 4, 2018, the parties engaged in mediation. Mediation was unsuccessful. However, after further negotiations, the parties believe a second mediation may again conserve resources and save litigation costs and expenses while the parties engage in mediation. Both sides are of the opinion resolution may soon be reached.

6.     This request to stay the proceedings is not sought for any improper purpose or other reason of delay. Rather, it is sought only conserve expenditures and resources of this litigation while the parties engage in further settlement discussions and/or mediation efforts.

///

Wherefore, the parties respectfully request that the Court stay proceedings in this case for ninety (90) days up to and including October 12, 2018, to allow the parties to further engage in settlement discussions.

IT IS SO STIPULATED.

Dated this 13th day of July 2018.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

Leon Greenberg, Esq.
Nev. Bar No. 8094
Dana Sniegocki, Esq.
Nev. Bar No. 11715
LEON GREENBERG PROFESSIONAL CORPORATION
2965 South Jones Blvd. Suite E3
Las Vegas, NV 89146

*Attorneys for Plaintiffs*

Dated this 13th day of July 2018.

Respectfully submitted,

/s/ *Scott M. Abbott*
Scott M. Abbott, Esq.
Nev. Bar No. 4500
Jen J. Sarafina, Esq.
Nev. Bar No. 9679
Kaitlin H. Paxton, Esq.
Nev. Bar No. 13625
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, NV 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

*Attorneys for Defendant*

IT IS ORDERED that the parties' stipulation is GRANTED in part and DENIED in part. It is granted to the extent that the court will extend the stay, but is denied to the extent the parties request 90 days. The court will extend the stay for 45 days rather than 90 days. The parties must file a joint status report by August 30, 2018.

July 16, 2018
_____
Date

_____
UNITED STATES MAGISTRATE JUDGE