LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

CHRISTIAN GABROY, ESQ., SBN 8805
Gabroy Law Offices
KAINE MESSER, ESQ., SBN 14240
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELI P. MAY, SHARON SOUSA, and THOMAS BODOVINAC, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendant. | CASE NO.: 2:15-cv-02142-RFB-CWH<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER TO EXTEND THE CURRENT STAY** |

**JOINT STATUS REPORT AND
STIPULATION AND ORDER TO EXTEND THE CURRENT STAY**

The parties, by and through their respective counsel of record, submit the following Joint Status Report in accordance with the Court's July 16, 2018 Order (ECF No. 110) and further stipulate and request that the Court extend the current stay in this matter for sixty (60) days up to and including October 29, 2018 to allow the parties an

1

opportunity to further engage in settlement discussions.

1. On July 16, 2018, the Court granted in part and denied in part the parties' fifth request to stay the proceedings. (ECF No. 110). Such stay was granted for a period of 45 days. *Id.*

2. The parties had previously engaged in mediation on June 4, 2018. The mediation was unsuccessful.

3. During the current stay, the parties have engaged in additional discussions regarding the status of litigation and the possibility of an additional mediation session. Both sides are of the opinion resolution may soon be reached.

4. This request to extend the current stay is not sought for any improper purpose or other reason of delay. Rather, it is sought only conserve expenditures and resources of this litigation while the parties engage in further settlement discussions and/or mediation efforts.

///

Wherefore, the parties respectfully request that the Court extend the current stay in this case for sixty (60) days up to and including October 29, 2018, to allow the parties to further engage in settlement discussions.

Dated this 30th day of August 2018.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

Leon Greenberg, Esq.
Nev. Bar No. 8094
Dana Sniegocki, Esq.
Nev. Bar No. 11715
LEON GREENBERG PROFESSIONAL CORPORATION
2965 South Jones Blvd. Suite E3
Las Vegas, NV 89146

*Attorneys for Plaintiffs*

Dated this 30th day of August 2018.

Respectfully submitted,

/s/ *Scott Abbott*
Scott M. Abbott, Esq.
Nev. Bar No. 4500
Jen J. Sarafina, Esq.
Nev. Bar No. 9679
Kaitlin H. Paxton, Esq.
Nev. Bar No. 13625
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, NV 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

*Attorneys for Defendant*

**IT IS SO ORDERED.**

August 31, 2018
_____
Date

_____
UNITED STATES MAGISTRATE JUDGE

3