LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

CHRISTIAN GABROY, ESQ., SBN 8805
Gabroy Law Offices
KAINE MESSER, ESQ., SBN 14240
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELI P. MAY, SHARON SOUSA, and THOMAS BODOVINAC, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendant. | CASE NO.: 2:15-cv-02142-RFB-CWH<br><br>**JOINT STATUS REPORT** |

## **JOINT STATUS REPORT**

The parties, by and through their respective counsel of record, submit the following Joint Status Report in accordance with the Court's November 5, 2018 Order (ECF No. 116).

1. On August 31, 2018, the Court granted the parties' request to extend the then-existing stay in the proceedings for an additional 60 days, up to and including

1

1 | October 29, 2018. (ECF No. 115).

2 |     2.    During such stay, the parties engaged in discussions regarding the status of litigation and the possibility of resolution. Both sides are of the opinion resolution may soon be reached.

5 |     3.    The parties continue to engage in settlement discussions.

6 |     4.    The parties request a period of thirty days from the date of this Joint Status Report, up to and including December 19, 2018, to file a proposed discovery plan and scheduling order should the parties not achieve resolution in such time period.

9 |     5.    This request is not sought for any improper purpose or other reason of delay. Rather, it is sought only conserve expenditures and resources of this litigation while the parties engage in further settlement discussions efforts.

///

Wherefore, the parties respectfully request a period of thirty days from the date of this Joint Status Report, up to and including December 19, 2018, to file a proposed discovery plan and scheduling order should the parties not achieve resolution in such time period.

Dated this 19th day of November 2018.     Dated this 19th day of November 2018.

Respectfully submitted,     Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

Leon Greenberg, Esq.
Nev. Bar No. 8094
Dana Sniegocki, Esq.
Nev. Bar No. 11715
LEON GREENBERG PROFESSIONAL CORPORATION
2965 South Jones Blvd. Suite E3
Las Vegas, NV 89146

*Attorneys for Plaintiffs*

/s/ *Scott Abbott*
Scott M. Abbott, Esq.
Nev. Bar No. 4500
Jen J. Sarafina, Esq.
Nev. Bar No. 9679
Kaitlin H. Paxton, Esq.
Nev. Bar No. 13625
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, NV 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

*Attorneys for Defendant*

**IT IS SO ORDERED.**

December 3, 2018
_____          _____
Date                                          UNITED STATES MAGISTRATE JUDGE

3