LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

CHRISTIAN GABROY, ESQ., SBN 8805
Gabroy Law Offices
KAINE MESSER, ESQ., SBN 14240
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELI P. MAY, SHARON SOUSA, and THOMAS BODOVINAC, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, and "JOHN DOE CORPORATIONS" 1 to 50, name fictitious, actual name and number unknown,<br><br>Defendant. | CASE NO.: 2:15-cv-02142-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED DISCOVERY PLAN**<br><br>(Second Request) |

### STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED DISCOVERY PLAN

The parties, by and through their respective counsel of record, submit the following Stipulation And Order To Extend Time To File Proposed Discovery Plan.

1. On December 3, 2018, the Court granted the parties' request for a thirty-day period up to and including December 19, 2018 to file their joint discovery plan and scheduling order should the parties not achieve resolution in such time period.

1

2. On December 17, 2018, this Court granted the parties' request for a period of thirty additional days up to and including January 18, 2019 to file a proposed discovery plan and scheduling order should the parties not achieve resolution in such time period.

3. The parties have engaged in discussions regarding the status of litigation and the possibility of resolution. Both sides are of the opinion resolution may soon be reached.

4. The parties continue to engage in settlement discussions.

5. The parties request an additional period of thirty additional days up to and including February 18, 2019 (February 17, 2019 falls on a Sunday) to file a proposed discovery plan and scheduling order should the parties not achieve resolution in such time period.

6. This request is not sought for any improper purpose or other reason of delay. Rather, it is sought only conserve expenditures and resources of this litigation while the parties engage in further settlement discussions efforts.

///

Wherefore, the parties respectfully request a period of thirty additional days up to and including February 18, 2019 to file a proposed discovery plan and scheduling order should the parties not achieve resolution in such time period.

Dated this 18th day of January 2019.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

Leon Greenberg, Esq.
Nev. Bar No. 8094
Dana Sniegocki, Esq.
Nev. Bar No. 11715
LEON GREENBERG PROFESSIONAL CORPORATION
2965 South Jones Blvd. Suite E3
Las Vegas, NV 89146

*Attorneys for Plaintiffs*

Dated this 18th day of January 2019.

Respectfully submitted,

/s/ *Scott Abbott*
Scott M. Abbott, Esq.
Nev. Bar No. 4500
Jen J. Sarafina, Esq.
Nev. Bar No. 9679
Kaitlin H. Paxton, Esq.
Nev. Bar No. 13625
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, NV 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

*Attorneys for Defendant*

**IT IS SO ORDERED.**

January 24, 2019
_____              _____
Date                                    UNITED STATES MAGISTRATE JUDGE